UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GABRIEL MOSES BURKE,

                    Plaintiff,

      -against-

WYCKOFF DELI,

                   Defendant.
-----------------------------------------------------------X

**REPORT AND RECOMMENDATION**
23 CV 2858 (LDH) (CLP)

**POLLAK**, United States Magistrate Judge:

      Plaintiff commenced this action on April 18, 2023, and the Clerk entered default against the defendant on July 14, 2023. (ECF Nos. 1, 10). Since then, plaintiff has wholly failed to litigate this case. On February 20, 2024, this Court ordered plaintiff to file a status report by March 12, 2024, which plaintiff did not do. (See Electronic Order, dated Feb. 20, 2024). The Court subsequently issued two additional status report orders in an attempt to receive an update on this case from plaintiff. (See Electronic Orders, dated Mar. 28, 2024, and Apr. 15, 2024). The Court also attempted, on two separate occasions, to contact plaintiff's counsel directly with no avail.

      Despite this Court's warning that failure to comply with these orders would result in this Court recommending dismissal (Electronic Order, dated Apr. 15, 2024), plaintiff still has not filed a letter providing an update on the status of this case. The Court therefore respectfully recommends that the district court dismiss this action for failure to prosecute. Fed. R. Civ. P. 41(b); see also LeSane v. Hall's Sec. Analyst, Inc., 239 F.3d 206, 209 (2d Cir. 2001) (holding that "it is unquestioned that Rule 41(b) . . . gives the district court authority to dismiss a plaintiff's case *sua sponte* for failure to prosecute").

1

Any objections to this Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within fourteen (14) days of receipt of this Report. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); see also Fed. R. Civ. P. 6(a) (providing the method for computing time). Failure to file objections within the specified time waives the right to appeal the District Court's order. See, e.g., Caidor v. Onondaga Cnty., 517 F.3d 601, 604 (2d Cir. 2008).

**SO ORDERED.**

Dated: Brooklyn, New York
April 23, 2024

*Cheryl L. Pollak*
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York